IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER CO., Plaintiff, | ) | |
| v. | ) | No. 05-604C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lindsay E. Williams as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lindsay E. Williams
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street Bldg.
Washington, D.C. 20530

Attention Classification Unit
8th Floor

/s/Lindsay E. Williams
Lindsay E. Williams
Trial Attorney
Commercial Litigation Branch
Civil Division
Tele:(202) 353-7995
Fax: (202) 307-0972

Dated: June 16, 2005

CERTIFICATE OF FILING

I hereby certify that on June 16, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Lindsay E. Williams