IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-604C |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 7-day enlargement of time, to and including August 8, 2005, within which to file its response to plaintiff's motion to transfer and suggestion of consolidation. Our response is currently due on August 1, 2005. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose.

The enlargement is requested because the undersigned counsel of record for defendant was out of the office last week on business travel. Additionally, in this Court, the undersigned filed a motion to dismiss on July 22, 2005, in OK's Cascade Inc. v. United States, 05-458C, a status report on July 22, 2005, in A&D Fire Protection, Inc. v. United States, 03-1157C, a status report on July 25, 2005, in Grot Inc. v. United States, 03-1951C, and has an oral argument scheduled for July 29, 2005, in Hooker v. United States, 03-1501C and 04-1126. In the United States Court of Federal Claims, the undersigned has a brief due on August 2, 2005, in Contreras v. United States, 05-5108. The additional time is necessary to allow sufficient time for the undersigned to confer with agency counsel and respond to plaintiff's motion to transfer and

consolidate.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

July 28, 2005

Attorneys for Defendant