IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-604C |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including September 7, 2005, within which to file its response to plaintiff's complaint. Our response is currently due on August 8, 2005. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted regarding this request and does not oppose.

The enlargement is requested for two reasons. First, on July 15, 2005, plaintiff filed a motion to transfer and consolidate this case with Swanson Group Inc. v. United States, case numbers 05-170C and 05/171C, which are currently pending before Senior Judge Smith. Defendant is currently focusing its efforts on preparing its response to plaintiff's motion.[1] Second, the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Department of Agriculture, Forest Service, as

[1] Our response to plaintiff's motion to transfer and consolidate was originally due on August 1, 2005, however, on July 28, 2005, we filed an unopposed motion for an enlargement of time, to and including August 8, 2005. At this time, the Court has not yet issued an order in response to our motion.

required by 28 U.S.C. § 520. Agency counsel has assured the undersigned that the agency will provide the litigation report by August 31, 2005. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

August 1, 2005

Attorneys for Defendant