# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **SCOTT TIMBER CO.,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 05-604C** |
| | * **Filed: August 2, 2005** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's July 28, 2005, unopposed motion for an enlargement of time to respond to the plaintiff's motion to transfer and suggestion of consolidation. The court is also in receipt of the defendant's August 1, 2005, unopposed motion for an enlargement of time within which to respond to the plaintiff's complaint. The court **GRANTS** the defendant's motions and **ORDERS** the defendant to respond to the plaintiff's motion for transfer and suggestion of consolidation on or before **Monday, August 8, 2005**. The court further **ORDERS** the defendant to file its response to plaintiff's complaint on or before **Wednesday, September 7, 2005**.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**