# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **SCOTT TIMBER CO.,** | |
| **Plaintiff,** | |
| **v.** | **No. 05-604C**<br>**Filed: August 18, 2005** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the plaintiff's July 15, 2005, motion to transfer and suggestion of consolidation, and the defendant's August 8, 2005, opposition to plaintiff's motion to transfer and suggestion for consolidation. As discussed with the parties, the court **ORDERS** the parties to appear at a status conference on **Tuesday, August 23, 2005 at 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Williams, at 202-353-7995. The purpose of the conference will be to discuss the plaintiff's pending motion to transfer and consolidate the above-captioned case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**