# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **SCOTT TIMBER CO.,** | |
| **Plaintiff,** | |
| **v.** | **No. 05-604C**<br>**Filed: August 24, 2005** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

A status conference was held in the above-captioned case on August 23, 2005. At the conference, the court discussed the plaintiff's July 15, 2005 motion to transfer the above-captioned case and consolidate it with the cases in Swanson Group, Inc. v. United States, Case Nos. 05-170C and 05-171C. Defendant vigorously opposed the plaintiff's motion. Based on discussions with the parties, the court **DENIES** the plaintiff's motion to transfer this case. The defendant shall file its answer in this case and the parties shall file their joint preliminary status report as scheduled.

Discovery in this case commenced as of the date of the status conference. In accordance with the schedule discussed with the parties, all discovery shall close on **Friday, April 28, 2006**. During discovery, the parties shall file monthly status reports informing the court of the status of their discovery efforts. The first report will be due on **Thursday, September 15, 2005**. On or before **Friday, May 5, 2006**, the parties shall file a joint status report indicating completion of discovery. To discuss further proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Thursday, May 11, 2006, at 10:30 a.m. EDT**. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Williams, at 202-353-7995. No dispositive motions shall be filed by either party until after the status conference. The trial in this case will take place in August, 2006, and continue until completed.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**