**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SCOTT TIMBER CO., Plaintiff, v. THE UNITED STATES, Defendant. | No. 05-604C (Judge Horn) |

**MONTHLY STATUS REPORT**

Pursuant to the Court's August 24, 2005 Order, plaintiff submits this Monthly Status Report on behalf of the parties.

As authorized by the Court's commencement of discovery as of August 23, 2005, on August 29, 2005, plaintiff served its First Set of Interrogatories and Request for Production of documents on defendant. By letter of September 7, 2005, defendant notified plaintiff that defendant would not be able to respond to this discovery within 30 days but that defendant believed it could respond by October 31, 2005. Plaintiff agreed to the October 31, 2005 response date. Also on September 7, 2005, defendant filed its Answer to the Complaint.

Defendant is continuing to gather information and documents responsive to plaintiff's discovery requests.

Counsel for defendant has reviewed the contents of this Monthly Status Report and has authorized plaintiff to state that defendant concurs.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, DC 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: October 17, 2005