**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-604C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE A CORRECTED JOINT PRELIMINARY STATUS REPORT**

The parties' Joint Preliminary Status Report filed November 1, 2005 contains a typographical error. The third paragraph under Section c. "Should trial of liability and damages be bifurcated?" should read:

> If this case is not bifurcated, both parties will need to expend scarce time and resources in the preparation and discovery of expert damages reports.

In all other respects the attached Corrected Preliminary Status Report is identical to the Report filed November 1, 2005. Accordingly, plaintiff moves the Court for an order permitting plaintiff to file the attached Corrected Joint Preliminary Status Report and withdraw the Report filed on November 1, 2005. Defendant's counsel has stated that defendant does not oppose this motion.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: November 2, 2005