# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**SCOTT TIMBER CO.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 05-604C**
**Filed: November 2, 2005**

## O R D E R

The court is in receipt of the parties' November 1, 2005 joint preliminary status report. In their report, the plaintiff indicates that the issues of liability and damages should be bifurcated. The defendant, however, indicates that bifurcating this case would not be necessary. To discuss the parties' report and to establish a schedule for future proceedings, the court **ORDERS** the parties to appear at a status conference on **Monday, November 14, 2005 at 3:30 p.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Williams, at 202-353-7995.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**