# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**SCOTT TIMBER CO.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 05-604C**
**Filed: November 15, 2005**

## O R D E R

A status conference was held in this case on November 14, 2005. At the conference the parties addressed whether the issues of liability and damages should be bifurcated and whether a settlement could be reached in this case. On or before **Thursday, November 17, 2005**, the defendant shall file a status report addressing whether settlement in this case is possible. A response to plaintiff's discovery request is due from the defendant on or before December 12, 2005. Therefore, on or before **Tuesday, December 13, 2005**, the defendant shall file a status report indicating that it has responded to the plaintiff's discovery request. Thereafter, on or before **Thursday, December 22, 2005**, the parties shall file a joint status report addressing the progress in this case and whether settlement is an option.

As discussed with the parties, the court finds that this case should be **BIFURCATED**. Discovery on the issue of liability will close on **Friday, March 3, 2006**. On or before **Wednesday, March 8, 2006**, the parties shall file a joint status report indicating the close of discovery and recommending further proceeding in this case. To discuss further proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Monday, March 13, 2006, at 10:30 a.m. EST.** Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Williams, at 202-353-7995. Neither party shall file a motion for summary judgment before the March 13, 2006, status conference or before the court has received joint stipulations of facts to assist in determining whether there are material issues of fact in dispute.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**