# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER CO., Plaintiff, | ) | |
| v. | ) | No. 05-604C |
| THE UNITED STATES, Defendant. | ) | (Judge Horn) |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S STATUS REPORT REGARDING THE POSSIBILITY OF SETTLEMENT

Plaintiff has received defendant's status report regarding the possibility of a settlement on November 17, 2005 and respectfully requests permission from the Court to file the attached response.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:
Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: November 21, 2005