**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SCOTT TIMBER CO., Plaintiff, v. THE UNITED STATES, Defendant. | No. 05-604C (Judge Horn) |

**PLAINTIFF'S REPLY TO DEFENDANT'S STATUS REPORT REGARDING THE POSSIBILITY OF SETTLEMENT**

Defendant states that "there is a real possibility of settlement in this case and [defendant] is willing to engage in settlement discussions." However, defendant also "requests that the Court allow it "to engage in limited discovery on the issue of damages, **which would include, but may not be limited to,**

> the factual basis for plaintiff's allegation that it is entitled to damages in the amounts of $347,477 and $83,418; what, if any, actions plaintiff took to mitigate its damages during the time of the suspension; details regarding plaintiff's alleged liability to Roseburg Forest Products; factual support for plaintiff's allegation that it would not fully amortize its road construction costs in the Backwoods Thin timber sale; and details regarding plaintiff's operations at the time of the suspension and once the suspension was lifted.

(Emphasis added). In effect, defendant asks the Court to reverse its ruling on bifurcation and allow discovery on the issue of damages without any genuine limits.

Plaintiff opposes defendant's request that the Court reverse its order to bifurcate and defendant's request for "limited discovery" on the issue of damages. However, plaintiff's

counsel will work with defendant's counsel to provide a reasonable level of information substantiating plaintiff's damages in order to facilitate a good faith effort to resolve this case through compromise and settlement before the parties must expend a substantial amount of time and effort on formal discovery.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: November 21, 2005