# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *<br>**SCOTT TIMBER CO.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.**<br>* * * * * * * * * * * * * * * * * * * | **No. 05-604C**<br>**Filed: November 21, 2005** |

## O R D E R

The court is in receipt of the defendant's November 17, 2005 status report and the plaintiff's November 21, 2005 response to that report. In its report, the defendant asks the court to open discovery on damages in order to assist ongoing settlement discussions. In its response, the plaintiff opposes opening discovery on damages on a limited basis, even to support a possible settlement. To discuss the issues raised by the two status reports, the court **ORDERS** the parties to appear at a status conference on **Wednesday, November 30, 2005 at 2:30 p.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Williams, at 202-353-7995.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**