# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **SCOTT TIMBER CO.,** | |
| **Plaintiff,** | **No. 05-604C** |
| **v.** | **Filed: November 22, 2005** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

On November 22, 2005, plaintiff's counsel in the above-captioned case contacted chambers to request that the conference scheduled for November 30, 2005 be rescheduled. As requested, the court **RESCHEDULES** the conference to **Thursday, December 1, 2005, at 10:30 a.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Williams, at 202-353-7995.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**