# In the United States Court of Federal Claims

| | |
|---|---|
| SCOTT TIMBER CO.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 05-604C<br>Filed: December 2, 2005 |

## O R D E R

A status conference was held in the above-captioned case on December 1, 2005. At the conference, the parties indicated that counsel are engaging in settlement discussions and have agreed to exchange documents and to meet, together with their clients, in furtherance of settlement. To address the parties' efforts toward achieving a settlement in this case, the court **ORDERS** the parties to file a joint status report on **Wednesday, January 18, 2006**. Before filing their report, the parties shall consult with each other regarding settlement proposals, and, if settlement does not seem achievable, propose a schedule for future proceedings. The December 13 and December 22 status reports ordered to be filed in the court's November 15, 2005 order are cancelled. The discovery schedule established in the same order remains unchanged at this time.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**