**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER CO., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 05-604C (Judge Horn) |

**[Proposed] ORDER**

Plaintiff's unopposed motion, filed December 7, 2006, for a protective order with regard to information and documents provided to defendant in this action by Scott Timber Company is **GRANTED**.

**It is hereby ORDERED:**

Defendant is prohibited from disclosing to any other party or from using for any purpose other than the instant action any information or documents (or contents of such documents) provided by Scott Timber Company in this action to defendant which Scott Timber Company has designated as containing trade secrets or any other confidential or proprietary business information. Defendant shall only utilize such information for purposes of this action and shall not disclose this information to anyone not specifically assigned to work on this case. If defendant should submit any such information, documents or contents thereof, in original or restated form, to this Court, those materials must be submitted under seal.

MARION BLANK HORN
Judge, U.S. Court of Federal Claims