# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * <br> **SCOTT TIMBER CO.,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** <br> * * * * * * * * * * * * * * * * * * * | **No. 05-604C** <br> **Filed: December 7, 2005** |

**O R D E R**

The court is in receipt of the plaintiff's December 7, 2005, unopposed motion for a protective order with regard to information and documents provided to defendant in this action by Scott Timber Company. The court **GRANTS** the plaintiff's motion.

It is hereby **ORDERED** that the defendant is prohibited from disclosing to any other party or from using for any purpose other than the instant action any information or documents (or any contents of such documents) provided by Scott Timber Company in this action to defendant which Scott Timber Company has designated as containing trade secrets or any other confidential or proprietary business information. Defendant shall utilize such information only for the purposes of this action and shall not disclose the information to anyone not specifically assigned to work on this case. If defendant should submit any of Scott Timber's protected information, documents or contents thereof, in original or restated form, to this court, those materials must be submitted under seal.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**