# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **SCOTT TIMBER CO.,** | |
| **Plaintiff,** | |
| **v.** | **No. 05-604C** |
| | **Filed: January 19, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the parties' January 18, 2006 joint status report. In an order dated November 15, 2005, the court scheduled a status conference for March 13, 2006 at 10:30 a.m. EST. That conference remains unchanged. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Williams, at 202-353-7995. In their joint status report, the parties request that the court suspend discovery proceedings in order for the parties to pursue settlement discussions. The court **GRANTS** the parties' request **IN PART** and **SUSPENDS** discovery in this case until the March 13, 2006 status conference, at which time the parties will discuss with the court a schedule for future proceedings.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**