# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
**SCOTT TIMBER CO.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-604C**
**Filed: March 13, 2006**

## O R D E R

A status conference was held in the above-captioned case on March 13, 2006. During the conference, counsel for both parties indicated that settlement discussions were progressing and that additional time would be necessary to finalize those discussions. To address the parties' settlement efforts, the court **ORDERS** the parties to appear at a status conference on **Thursday, May 11, 2006 at 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Williams, at 202-353-7995.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**