# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * | * | |
| SCOTT TIMBER CO., | * | |
| Plaintiff, | * | |
| v. | * | **No. 05-604C**<br>**Filed: April 4, 2006** |
| UNITED STATES, | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

A telephone status conference was originally scheduled for May 11, 2006. The court hereby **RESCHEDULES** the conference to **Wednesday, April 19, 2006, at 10:00 a.m. E.S.T**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Williams, at 202-353-7995.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**