# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **SCOTT TIMBER CO.,** | |
| **Plaintiff,** | **No. 05-604C** |
| **v.** | **Filed: April 19, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

A status conference was held in the above-captioned case on April 19, 2006. During the conference, counsel for both parties indicated that settlement discussions were progressing and that additional time would be necessary to finalize those discussions. To address the parties' settlement efforts, the court **ORDERS** the parties to file a joint status report on or before **Thursday, May 18, 2006**. The court further **ORDERS** the parties to appear at a status conference on **Monday, May 22, 2006 at 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Stentiford, at 202-616-0341.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**