# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **SCOTT TIMBER CO.,** | |
| **Plaintiff,** | **No. 05-604C** |
| **v.** | **Filed: May 9, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

A telephone status conference was originally scheduled for May 22, 2006. The court hereby **RESCHEDULES** the conference to **Tuesday, May 23, 2006, at 11:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Williams, at 202-353-7995.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**