# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *<br>**SCOTT TIMBER CO.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.**<br>* * * * * * * * * * * * * * * * * * * | **No. 05-604C**<br>**Filed: May 9, 2006** |

## O R D E R

A telephone status conference was originally scheduled for May 22, 2006. The court hereby **RESCHEDULES** the conference to **Tuesday, May 30, 2006, at 11:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Stevens, at 202-452-2140, and defendant's counsel, Ms. Stentiford, at 202-616-0341.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**