IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-604C |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

In accordance with the Court's order entered April 19, 2006, the parties provide this joint status report to the Court.

On May 2, 2006, the parties conducted a conference call to discuss possible settlement terms and methodologies. The parties discussed their respective proposed methodologies for reaching a settlement. Plaintiff requested that the Government provide documentation and explanation of how the Government arrived at its methodology, and on May 15, 2006, the Government provided plaintiff with the information requested.

The parties believe the May 2, 2006 conference call was productive, and have scheduled a follow-up conference call for May 26, 2006 to continue their settlement negotiations.

Respectfully submitted,

s/Gary G. Stevens
GARY G. STEVENS
Saltman & Stevens P.C.
1801 K Street, NW Suite M110
Washington, D.C. 20006
Phone: (202) 452-2140
Fax: (202) 775-8217

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
MARCUS R. WAH
Associate Regional Attorney
USDA-OGC, Pacific Region

May 18, 2006