# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SCOTT TIMBER CO.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | * | **No. 05-604C**<br>**Filed: May 30, 2006** |

## O R D E R

A status conference was held in the above-captioned case on May 30, 2006. During the conference, the parties discussed their settlement efforts in this case. To discuss the parties further progress toward reaching a settlement, the court **ORDERS** the parties to appear at a status conference on **Wednesday, June 14, 2006 at 2:30 p.m. EDT**. Counsel for both parties shall appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at 202-362-5341 and defendant's counsel at 202-616-0341. The court commends the parties for their efforts in working toward a settlement in this case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**