# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SCOTT TIMBER CO.,** | | |
| **Plaintiff,** | | |
| **v.** | | **No. 05-604C** |
| | | **Filed: June 15, 2006** |
| **UNITED STATES,** | | |
| **Defendant.** | | |

## O R D E R

A status conference was held in the above-captioned case on June 14, 2006. During the conference, the parties indicated continued interest in pursuing settlement. Therefore, on or before close of business **Friday, June 16, 2006**, the parties shall file a joint status report reflecting the potential for settlement (without any numbers), with milestones and a closeout date, or, in the alternative, if settlement is not likely, the joint status report shall propose a schedule for resolution of this case through motion practice or trial, with proposed milestones and dates.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**