IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-604C |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

In accordance with the Court's order at the June 14, 2006, hearing, the parties report that they tentatively have agreed to terms of settlement, and undersigned counsel for the Government will recommend acceptance of those terms to the appropriate representative of the Attorney General. The parties estimate that they will be able to submit the final paperwork necessary to resolve the case within 90 days. This time period should afford sufficient time for the Government to obtain the necessary approvals, and for the parties to carry out the terms of the settlement.

In the event the settlement is not accepted on behalf of the Attorney General, the parties will immediately so inform the Court and will submit a proposed scheduling order setting out a period for discovery and deadlines for dispositive motions.

Respectfully submitted,

s/Gary G. Stevens
GARY G. STEVENS
Saltman & Stevens P.C.
1801 K Street, NW Suite M110
Washington, D.C. 20006
Phone: (202) 452-2140
Fax: (202) 775-8217

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:
MARCUS R. WAH
Associate Regional Attorney
USDA-OGC, Pacific Region

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

June 16, 2006

Attorneys for Defendant