# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **SCOTT TIMBER CO.,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 05-604C** |
| | * **Filed: June 19, 2006** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the parties' June 16, 2006 joint status report. The parties are to be commended for their settlement progress to date reflected in the status report. On or before **Monday, July 17, 2006; Thursday, August 17, 2006; and Monday, September 18, 2006**, the parties shall file joint status reports, reflecting their continued settlement progress, unless the case is sooner settled and a joint stipulation of dismissal filed. Furthermore, the court **SCHEDULES** a status conference for **Thursday, September 21, 2006, at 10:30 a.m.**, with the parties appearing by telephone, unless the case is sooner settled and a joint stipulation of dismissal filed. Unless otherwise informed, defendant's counsel will be reached at (202) 616-0341 and plaintiff's counsel will be reached at (202) 452-2140 for the conference. At any point in this process, if settlement becomes unlikely, the parties shall propose a schedule for resolution of the case through motion practice or trial, with proposed milestones and dates.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**