IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-604C |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

In accordance with the Court's order entered June 16, 2006, the parties report that the parties have completed performance of the terms of their settlement agreement and are filing, simultaneously with this joint status report, a stipulation for dismissal of the case with prejudice.

Respectfully submitted,

s/Gary G. Stevens
GARY G. STEVENS
Saltman & Stevens P.C.
1801 K Street, NW Suite M110
Washington, D.C. 20006
Phone: (202) 452-2140
Fax: (202) 775-8217

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:
MARCUS R. WAH
Associate Regional Attorney
USDA-OGC, Pacific Region

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

September 13, 2006

Attorneys for Defendant